Cynthia L. MACHI, Appellee

v.

**Michael R. MACHI, Appellant.**

Supreme Court of Pennsylvania.

Argued Sept. 9, 2003.
Decided Sept. 30, 2003.

Robert L. Felkay, Pittsburgh, for Michael R. Machi, Appellant.

Jennifer Mowday McEnroe, for Cynthia L. Machi, Appellee.

Before: CAPPY, C.J., and CASTILLE, NIGRO, NEWMAN, SAYLOR, EAKIN and LAMB, JJ.

### ORDER

PER CURIAM.

Appeal dismissed as having been improvidently granted.